# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0156.  STEVEN M. WANDERMAN v. JACQUELINE WANDERMAN.**

Steven M. Wanderman filed this application for discretionary appeal in the Supreme Court, which transferred the case here.[1]  Wanderman contends that the trial court erroneously issued a Writ of Fieri Facias but states that he has not been served with an order directing its issuance.  Because there is no order subject to appeal to this Court contained in the application, there is no basis for appellate jurisdiction.  Accordingly, this application is ordered DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/13/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] The Supreme Court concluded that the parties' original divorce action was dismissed without prejudice.  Thus, the parties were still married.  Accordingly, the case did not invoke its jurisdiction over cases involving divorce and alimony.